No. 83–1528.  LANE v. ARKANSAS VALLEY PUBLISHING CO. ET AL.  Ct. App. Colo.  Certiorari denied.

No. 83–1573.  CALANDRA v. UNITED STATES;
No. 83–1657.  LICAVOLI v. UNITED STATES; and
No. 83–1801.  LIBERATORE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Reported below: 725 F. 2d 1040.

No. 83–1596.  VALENTA v. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–1614.  GOTTFRIED ET AL. v. UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 83–1636.  PROUD, INDIVIDUALLY, AND AS NEXT FRIEND OF PROUD, A MINOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–1719.  CUSMANO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–1728.  HOME BOX OFFICE, INC., ET AL. v. CRIMPERS PROMOTIONS INC.  C. A. 2d Cir.  Certiorari denied.

No. 83–1734.  BALELO ET AL. v. BALDRIGE, SECRETARY OF COMMERCE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1735.  OREGON v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–1740.  SENN TRUCKING CO. v. WASSON ET AL.  Sup. Ct. S. C.  Certiorari denied.

No. 83–1749.  HEINRICH SCHMIDT REEDEREI v. BYRD, AS ADMINISTRATRIX OF THE ESTATE OF BYRD.  C. A. 11th Cir. Certiorari denied.

No. 83–1765.  BRAY ET AL. v. MICHIGAN ET AL.  Sup. Ct. Mich.  Certiorari denied.